JULIUS MARCUS, Respondent, *v.* JOSEPH HOLLANDER, as Executor, Etc., Appellant.

APPEAL from a judgment in favor of plaintiff, entered upon a verdict.

James Ridgway, for appellant.

Wise & Lichtenstein (Morris S. Wise, of counsel), for respondent.

*Per Curiam.*   The testimony justified the finding of the money, that defendant agreed to pay plaintiff, a commission of $2 on each barrel sold to Cook & Bernheimer, amounting to 126 barrels of whiskey.   No error was committed at the trial.
Judgment affirmed, with costs.

Present:   FITZSIMONS, Ch. J.; McCARTHY and HASCALL, JJ.
Judgment affirmed, with costs.